**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JOE RICKY FUNDERBURG**                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:12CV00186 BSM**

**UNITED PARCEL SERVICE INC.**                                    **DEFENDANT**

**<u>ORDER</u>**

As the parties have settled, plaintiff Joe Ricky Funderburg's motion to dismiss [Doc.

No. 21] is granted.  Accordingly, this case is dismissed with prejudice, with each party to

bear its own fees and costs.

IT IS SO ORDERED this 15th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE