# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOE RICKY FUNDERBURG**                                      **PLAINTIFF**

v.                      **CASE NO. 3:12CV00186 BSM**

**UNITED PARCEL SERVICE INC.**                              **DEFENDANT**

## ORDER

As the parties have settled, plaintiff Joe Ricky Funderburg's motion to dismiss [Doc. No. 21] is granted. Accordingly, this case is dismissed with prejudice, with each party to bear its own fees and costs.

IT IS SO ORDERED this 15th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE