# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOE RICKY FUNDERBURG**                                          **PLAINTIFF**

**v.**                      **CASE NO. 3:12CV00186 BSM**

**UNITED PARCEL SERVICE INC.**                            **DEFENDANT**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 15th day of January 2014.

_____
UNITED STATES DISTRICT JUDGE